# **RETURN OF SERVICE**

| State of Florida | County of Miami-Dade | District Court |

Case Number: 13-60519-ROSENBAUM/HUNT

Plaintiff:
**MIKE PETINSKY**

vs.

Defendant:
**ANWAR HUSSAIN AND SHEIKH SHAQIF**

For:
Jeannette E. Albo
THOMAS B. BACON, P.A.
9444 S.W. 69th Ct
Miami, FL  33156

Received by Caplan, Caplan and Caplan on the 11th day of March, 2013 at 12:27 pm to be served on **ANWAR HUSSAIN, 7830 NW 33 STREET # 306, HOLLYWOOD, FL 33024**.

I, Barbara Markowitz, do hereby affirm that on the **13th day of March, 2013** at **8:40 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **TANIA HUSSAIN** as **DAUGHTER** at the address of: **7830 NW 33 STREET # 306, HOLLYWOOD, FL 33024**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statute F.S. 48.031 on behalf.

**Description** of Person Served:  Age: 20,  Sex: F,  Race/Skin Color: INDIA,  Height: 5'2",  Weight: 100,  Hair: BLACK,  Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

_____
**Barbara Markowitz**
164

**Caplan, Caplan and Caplan
172 West Flagler St., #320
Miami, FL 33130
(954) 462-1800**

Our Job Serial Number: CPN-2013009848

Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n