# AFFIDAVIT OF SERVICE

| State of Florida | County of Miami-Dade | District Court |
|---|---|---|

Case Number: 13-60519-ROSENBAUM/HUNT

Plaintiff:
**MIKE PETINSKY**

vs.

Defendant:
**ANWAR HUSSAIN AND SHEIKH SHAQIF**

For:
Jeannette E. Albo
THOMAS B. BACON, P.A.
9444 S.W. 69 Court
Miami, FL  33156

Received by Caplan, Caplan and Caplan on the 24th day of April, 2013 at 4:10 pm to be served on **ANWAR HUSSAIN, 7830 NW 33 STREET # 306, HOLLYWOOD, FL 33024**.

I, Barbara Markowitz, being duly sworn, depose and say that on the **25th day of April, 2013** at **7:00 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION FOR DEFAULTJUDGMENT SHOULD NOT BE GRANTED** with the date and hour of service endorsed thereon by me, to: **YUSNAL HUSSAIN** as **WIFE** at the address of: **7830 NW 33 STREET # 306, HOLLYWOOD, FL 33024**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statute F.S. 48.031 on behalf.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE / BROWARD
Subscribed and Sworn to before me on the 7th day of May, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**Barbara Markowitz**
164

**Caplan, Caplan and Caplan**
**172 West Flagler St., #320**
**Miami, FL 33130**
**(954) 462-1800**

Our Job Serial Number: CPN-2013015521

Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n